# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA GOODWIN, on behalf of herself and all others similarly situated, ) ) ) ) Plaintiff, ) vs. ) ) ) ETOWAH LANDSCAPE GROUP, LLC ) and WARREN ANTHONY MARTIN, JR., ) ) Defendants. ) | CASE NO. 1:18-cv-01969-LMM |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISS WITH PREJUDICE

THIS MATTER, having come before this Court on the Joint Motion to Approve Settlement Agreement and To Dismiss with Prejudice, and the Court having been otherwise duly advised:

IT IS HEREBY ORDERED AND ADJUDGED that the Joint Motion to Approve Settlement Agreement and To Dismiss with Prejudice is hereby GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

SO ORDERED this _12th_ day of ~~August~~ September, 2018

_____
U.S. DISTRICT COURT JUDGE